CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 11 2007

JOHN F. CORCORAN, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEROY J. HALE,<br>　　Plaintiff, | )<br>)　Civil Action No. 7:07-cv-00226<br>) |
| v. | )　**FINAL ORDER**<br>) |
| COMMONWEALTH COMMUNITY TRUST,<br>　　Defendant. | )<br>)　By: Hon. Glen E. Conrad<br>)　United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **FILED** in forma pauperis and **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendant(s).

ENTER: This 11th day of May, 2007.

　　　　　　　　　　　　　／s／ Glen E. Conrad
　　　　　　　　　　　　　United States District Judge